UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC,<br><br>Defendants. | Case No. 3:24-CV-03713<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS FENIX INTERNATIONAL LIMITED AND FENIX INTERNET LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF LEE TAYLOR'S DECLARATION IN SUPPORT OF MOTION TO DISMISS** |

On August 8, 2024, Defendants Fenix International Limited ("FIL") and Fenix Internet LLC ("Fenix Internet") (collectively, the "Fenix Defendants") filed an Administrative Motion to File Under Seal Portions of Lee Taylor's Declaration in Support of Motion to Dismiss.

The Fenix Defendants requested that certain portions of the Lee Taylor Declaration in Support of Motion to Dismiss and exhibits thereto be filed under seal, due to the personal and/or confidential business information contained therein.

The court, having considered Defendants' Motion and finding good cause, hereby GRANTS the Application and ORDERS as follows:

1. Exhibits F and G to the Lee Taylor Declaration in Support of Defendants Fenix International Limited and Fenix Internet LLC's Motion to Dismiss will remain under seal in their entirety;

2. The portions highlighted in yellow in Exhibits D and E to the Lee Taylor Declaration in Support of Defendants Fenix International Limited and Fenix Internet LLC's Motion to Dismiss will remain under seal; and

3. The portions highlighted in yellow in the Lee Taylor Declaration in Support of Defendants Fenix International Limited and Fenix Internet LLC's Motion to Dismiss will remain under seal.

1     IT IS SO ORDERED.

3     Dated: August 9, 2024

        _____
        CHARLES R. BREYER
        United States District Judge