IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DOE 1, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>FENIX INTERNATIONAL LIMITED, et al.,<br><br>   Defendants. | Case No. 24-cv-03713-CRB<br><br>**ORDER RE MOTION TO DISMISS** |

  Defendants Fenix International Limited (FIL) and Fenix Internet LLC (Fenix Internet) have moved to dismiss this case. See Mot. (dkt. 17). At the motion hearing on September 27, 2024, Plaintiffs John Doe 1 and John Doe 2 requested leave to amend in order to add allegations regarding Fenix Internet, if they can do so.[1] The Court granted that leave. While Plaintiffs are adding any new allegations as to Fenix Internet, the Court further grants leave to Plaintiffs to add additional allegations, if they can do so, as to all of Defendants' California-specific contacts. See, e.g., Mot. at 5 n.4; Opp'n (dkt. 21) at 5. The Court is interested in any allegations relevant to both a purposeful availment and purposeful direction analysis, in light of the Ninth Circuit's direction that "when considering specific jurisdiction, courts should comprehensively evaluate the extent of the defendant's contacts with the forum state and those contacts' relationship to the plaintiffs' claims—which may mean looking at both purposeful availment and purposeful direction." See Davis v. Cranfield Aerospace Sols., Ltd., 71 F.4th 1154, 1162 (9th Cir. 2023).

---

[1] Plaintiffs conceded that the complaint did not currently state a claim against Fenix Internet.

Plaintiffs' amended complaint shall be due within 14 days of this order.  Defendants may then file, within 14 days, a supplemental brief in support of their motion to dismiss, and Plaintiffs may file, within 7 days of that, a supplemental opposition.[2]  The Court will then take the matter under submission.

**IT IS SO ORDERED.**

Dated: October 2, 2024



CHARLES R. BREYER
United States District Judge

---

[2] The Court also invites both parties to address whether Plaintiffs' California Unfair Competition Law claim, predicated on the alleged violation of the Automatic Renewal Law, sounds in tort or sounds in contract.

2