MARK POE (S.B. #223714)
 mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
FLORA VIGO (S.B. #239643)
 fvigo@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED;<br><br>Defendant. | Case No. 3:24-cv-03713-CRB<br><br>**DECLARATION OF MARK POE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge:     Hon. Charles R. Breyer<br>Date:      January 10, 2025<br>Time:      10:00 a.m.<br>Courtroom: 6 |

I, Mark Poe, declare as follows:

1. I am a partner in the law firm of Gaw | Poe LLP, counsel for Plaintiffs in the above entitled action. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' motion for leave to file a Second Amended Complaint.

2. Until the Court issued its November 22, 2024 order dismissing Plaintiffs' claim for lack of personal jurisdiction, Plaintiffs were of the position that their UCL claim "sounds in contract" and that the Court could exercise specific personal jurisdiction over Fenix based on the contracts it entered into with Plaintiffs. Once I reviewed the Court's November 22, 2024 dismissal order, I began researching to determine whether there are facts showing that Fenix purposefully directs its business activities towards the state of California.

3. My investigation led me to Whois.com, which allows users to ascertain the server architecture of websites. Using Whois.com, I learned that OnlyFans.com relies on the servers and services of San Francisco-based company Cloudflare, Inc. A true and correct copy of the printout of information I received from Whois.com is attached as **Exhibit 1**. I further researched the server architecture of www.onlyfans.com on robtex.com, which is a website that compiles information about the IP numbers, domain names, host names, routes, etc. of public websites. The results for www.onlyfans.com are found at: https://www.robtex.com/dns-lookup/onlyfans.com

4. I incorporated the information I learned from Whois.com and robtex.com and sources familiar with internet and website technologies into the proposed allegations to support the Court's exercise of specific personal jurisdiction over defendant Fenix International Limited. Attached as **Exhibit 2** is a copy of Plaintiffs' proposed Second Amended Complaint showing the tracked changes. Attached as **Exhibit 3** is a clean version of the proposed Second Amended Complaint.

5. On November 27, 2024, I emailed counsel for defendant Fenix International Limited to ask whether Fenix would stipulate to Plaintiffs filing of a Second Amended Complaint that includes purposeful direction allegations. Counsel for Fenix responded on December 2,

stating that Fenix declined to consent to leave, and that Fenix would oppose Plaintiffs' motion for leave.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 5, 2024, at Honolulu, Hawaii.

                                                   *s/ Mark Poe*
                                                   Mark Poe