# Exhibit 1

Home > Whois Lookup > OnlyFans.com

# Whois Record for OnlyFans.com

**− Domain Profile**

| | |
|---|---|
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: https://www.godaddy.com,http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) +1.4806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 4,320 days old<br>Created on 2013-01-29<br>Expires on 2033-01-29<br>Updated on 2023-11-01 |
| **Name Servers** | NS-1381.AWSDNS-44.ORG (has 54,215 domains)<br>NS-158.AWSDNS-19.COM (has 2,398 domains)<br>NS-1697.AWSDNS-20.CO.UK (has 436 domains)<br>NS-713.AWSDNS-25.NET (has 25 domains) |
| **IP Address** | 162.159.140.146 - 1 other site is hosted on this server |
| **IP Location** | - California - San Francisco - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And No Website |
| **IP History** | 498 changes on 498 unique IP addresses over 18 years |
| **Hosting History** | 27 changes on 17 unique name servers over 16 years |

**Whois Record ( last updated on 2024-11-27 )**

```
Domain Name: onlyfans.com
Registry Domain ID: 1777105911_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-11-01T18:01:39Z
Creation Date: 2013-01-29T14:10:56Z
Registrar Registration Expiration Date: 2033-01-29T14:10:56Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
```

```
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=onlyfans.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=onlyfans.com
Name Server: NS-158.AWSDNS-19.COM
Name Server: NS-1697.AWSDNS-20.CO.UK
Name Server: NS-1381.AWSDNS-44.ORG
Name Server: NS-713.AWSDNS-25.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|



| View Screenshot History |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| OnlyFans.com | View Whois |
|---|---|
| OnlyFans.net | View Whois |
| OnlyFans.org | View Whois |
| OnlyFans.info | View Whois |
| OnlyFans.biz | View Whois |
| OnlyFans.us | View Whois |