1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| JOHN DOE 1, JOHN DOE 2, and all others similarly situated, | Case No. 3:24-cv-03713-CRB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| FENIX INTERNATIONAL LIMITED; | |
| Defendant. | |

1  The Court, having reviewed Plaintiffs' motion for leave to file a Second Amended
2  Complaint, and having considered the parties' positions set forth in their respective filings and the
3  documents offered in support thereof, hereby finds that good cause is established and GRANTS
4  Plaintiffs' motion, and ORDERS that:

- Plaintiffs shall file their Second Amended Complaint, attached to their motion as Exhibit 2, on or before January 17, 2025

IT IS SO ORDERED

Dated: _____, 2025

_____
Hon. Charles R. Breyer
United States District Court Judge