1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOE 1, et al.,

          Plaintiffs,

     v.

FENIX INTERNATIONAL LIMITED,
et al.,

          Defendants.

Case No. 24-cv-03713-CRB

**ORDER VACATING HEARING**

In November, the Court granted Defendant Fenix International's motion to dismiss for lack of jurisdiction, see Order Granting MTD (dkt. 33), and terminated the case. Plaintiffs John Doe 1 and John Doe 2 have moved for leave to file a second amended complaint. See Mot. (dkt. 34). However, after filing that motion, Plaintiffs appealed the case. See Not. of Appeal (dkt. 36). Filing an appeal divests a district court of jurisdiction over a case except in certain circumstances not present here. See Davis v. Yageo Corp., 481 F.3d 661, 685 (9th Cir. 2007); Fed. R. App. P. 4(a)(4)(B)(i); Fed. R. App. P. 4(a)(4)(A). Once a notice of appeal is filed, a district court lacks jurisdiction to rule on a motion to amend. See Davis v. United States, 667 F.2d 822, 824 (9th Cir. 1982). Accordingly, the Court VACATES the hearing currently set for Friday, January 24, 2025. The Court will not rule on the motion to amend unless/until the case returns from the Circuit.

**IT IS SO ORDERED.**

Dated: January 19, 2025



CHARLES R. BREYER
United States District Judge