MARK W. POE (BAR NO. 223714)
mpoe@gawpoe.com
RANDOLPH GAW (BAR NO. 223718)
rgaw@gawpoe.com
VICTOR MENG (BAR NO. 254102)
vmeng@gawpoe.com
FLORA VIGO (BAR NO. 239643)
fvigo@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA  94111
Telephone:    415-766-7451

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC,<br>　　　　　　　Defendants. | Case No. 3:24-cv-03713-CRB<br><br>**PLAINTIFFS' AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

## AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Plaintiffs John Doe 1 and John Doe 2 hereby appeal to the United States Court of Appeals for the Ninth Circuit the district court's Order Granting Motion to Dismiss (the "Order").  ECF No. 33.  Plaintiffs further appeal the January 20, 2025 Order Vacating Hearing (ECF No. 41) and the January 29, 2025 Order Denying Motion for Indicative Ruling (ECF No. 44).

Dated:  January 29, 2025                              GAW | POE LLP

                                                      By:   s/ *Mark Poe*
                                                            Mark Poe
                                                            Attorneys for Plaintiffs