UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE 1, JOHN DOE 2, and all others similarly situated,

Plaintiffs,

v.

FENIX INTERNATIONAL LIMITED,

Defendant.

Case No. 3:24-CV-03713

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT FENIX INTERNATIONAL LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S SUPPLEMENTAL BRIEF IN RESPONSE TO 8/5/2026 ORDER DIRECTING BRIEFING AND LEE TAYLOR'S DECLARATION IN SUPPORT THEREOF**

On August 21, 2026, Defendant Fenix International Limited ("FIL" or "Defendant") filed an Administrative Motion to File Under Seal Portions of FIL's Supplemental Brief in Response to 8/5/2026 Order Directing Briefing and Lee Taylor's Declaration in Support Thereof.

Defendant requested that certain portions of the Lee Taylor Declaration in Support of Defendant's Supplemental Brief in Response to 8/5/2026 Order Directing Briefing and exhibits thereto be filed under seal, as well as a portion of Defendant's Brief itself, due to the personal and/or confidential business information contained therein.

The court, having considered Defendant's Motion and finding good cause, hereby GRANTS the Application and ORDERS as follows:

1. Exhibits F and G to the Lee Taylor Declaration in Support of Defendant's Supplemental Brief in Response to 8/5/2026 Order Directing Briefing will remain under seal in their entirety; and
2. The portions highlighted in yellow in Exhibits D and E to the Lee Taylor Declaration in Support of Defendant's Supplemental Brief in Response to 8/5/2026 Order Directing Briefing will remain under seal; and

3. The portions highlighted in yellow in the Lee Taylor Declaration in Support of Defendant's Supplemental Brief in Response to 8/5/2026 Order Directing Briefing will remain under seal; and
4. The portion highlighted in yellow in Defendant's Supplemental Brief in Response to 8/5/2026 Order Directing Briefing will remain under seal.

IT IS SO ORDERED.

Dated: August 24, 2026

CHARLES R. BREYER
United States District Judge